No. 05–5029. STEWART v. MILLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 05–5030. BETHEA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–5031. BENSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–5032. BLACKSHEAR v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 05–5035. ARMSTRONG v. BRAXTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–5038. THOMAS v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 05–5039. SMITH v. GAYLE ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–5040. WHITLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5042. ESCOBAR v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 05–5043. DAMMONS v. CARROLL, SUPERINTENDENT, JOHN-STON CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 05–5045. SCHRADER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 05–5046. MAGALLAN-ALFARO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–5048. YEOMANS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 05–5049. PHILLIPS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.